Date Printed: Tue Jul 28 11:44:39 CDT 2020

# Case Summary

Cause Number: 20-02-60191-CV                                  Last Filed:02/07/2020

Style: MELBA M REVILLA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE LUIS REVILLA; ANDREA CELESTE GARCIA; JOSE L. REVILLA, JR. VS. NABORS INDUSTRIES, INC.; NABORS DRILLING TECHNOLOGIES USA, INC.; BRETT SCHELLENBERG, INDIVIDUALLY AND AS VICE PRINCIPAL AND AREA MANAGER FOR NABORS INDUSTRIES, INC., AND H&E EQUIPMENT SERVICES, INC.

Case Type: Injury or Damage: Wrongful Death

Category: Civil                          Court: 79th District Court

## Event(s) of Case: 20-02-60191-CV

| # | Type | Date/Time | Description |
|---|---|---|---|
| 1. | Original Petition | 02/07/2020 | PLAINTIFF' ORIGINAL PETITION WITH REQUESTS FOR DISCLOSURE/ JURY DEMAND FOUND IN ORIGINAL PETITION// POP with Request for Disclosure - EFiled on 02/11/2020 4:58 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 2. | Request | 02/07/2020 | Request for Citation Form - Jim Wells County, Texas - EFiled on 02/11/2020 4:58 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 3. | Citation | 02/11/2020 | CITATION ISSUED TO NABORS INDUSTRIES, INC. BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM / DELIVERED TO ATTORNEY (PKUP) |
| 4. | Citation | 02/11/2020 | CITATION ISSUED TO NABORS DRILLING TECHNOLOGIES USA, INC. BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM / DELIVERED TO ATTORNEY (PKUP) |
| 5. | Citation | 02/11/2020 | CITATION ISSUED TO H&E EQUIPMENT SERVICES, INC. BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM / DELIVERED TO ATTORNEY (PKUP) |
| 6. | Citation | 02/11/2020 | CITATION ISSUED TO BRETT SCHELLENBERG / DELIVERED TO ATTORNEY (PKUP) |
| 7. | Return | 02/18/2020 | CITATION RETURN BRETT SCHELLENBERG WAS RETURNED 2/18/2020//Return of Service for Brett Schellenberg - EFiled on 02/24/2020 8:56 AM. Submitted by: Production Three (Production3@ktanda.com); Comments: |
| 8. | Return | 03/06/2020 | CITATION SERVICE RETURN FOR NABORS DRILLING TECHNOLOGIES RETURNED EXECUTED 02/18/2020 @ 4:07 P.M. //Return of Service for Nabors Drilling Technologies - EFiled on 03/06/2020 10:03 AM. Submitted by: Production Three (Production3@ktanda.com); Comments: |
| 9. | Return | 03/06/2020 | CITATION SERVICE RETURN FOR NABORS DRILLING SERVICE EXECUTED ON 02/18/2020 @ 9:30 A.M.//Return of Service for Nabors Industries, Inc. - EFiled on 03/06/2020 10:36 AM. Submitted by: Production Three (Production3@ktanda.com); Comments: |
| 10. | Return | 03/06/2020 | CITATION RETURN SERVICE TO H&E EQUIPMENT SERVICES, INC. RETURNED EXECUTED ON 02/17/2020 @ 9:00 A.M.//Return of Service for H&E Equipment Services Inc. - EFiled on 03/06/2020 10: 41 AM. Submitted by: Production Three (Production3@ktanda.com); Comments: |
| 11. | Correspondence | 03/09/2020 | CERTIFICATE OF WRITTEN DISCOVERY LETTER FROM MEHAFFY WEBBER//revilla ltr cwd .PDF - EFiled on 03/09/2020 2:45 PM. Submitted by: Deborah Childress |

|     | Correspondence | 03/09/2020 | (DeborahChildress@MehaffyWeber.com); Comments: |
| --- | --- | --- | --- |
| 12. | Answer/Contest/Response | 03/10/2020 | DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE//revilla answ . PDF - EFiled on 03/10/2020 10:07 AM. Submitted by: Deborah Childress (DeborahChildress@MehaffyWeber.com); Comments: Resubmitted Envelope #41502269 with jury fee. Thank you |
| 13. | Answer/Contest/Response | 03/16/2020 | ORIGINAL ANSWER, VERIFIED DENIAL, AND AFFIRMATIVE DEFENSES OF DEFENDANT, NABORS INDUSTRIAL, INC. //12288773.PDF - EFiled on 03/16/2020 9:52 AM. Submitted by: Ellie Fredericksen (efredericksen@gallowaylawfirm.com); Comments: |
| 14. | Answer/Contest/Response | 03/16/2020 | ORIGINAL ANSWERS AND AFFIRMATIVE DEFENSES OF DEFENDANTS, NABORS DRILLING TECHNOLOGIES USA, INC. AND BRETT SCHELLENBERG//NDTUSA and Schellenberg Answer (12288770xA8A8F) - EFiled on 03/16/2020 9:52 AM. Submitted by: Ellie Fredericksen (efredericksen@gallowaylawfirm.com); Comments: //JURY DEMAND FOUND IN DEFENDANT'S ORIGINAL ANSWER |
| 15. | Petition | 03/24/2020 | Plaintiffs' First Amended Petition With Request for Disclosures - EFiled on 03/24/2020 10:30 AM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 16. | Motion | 03/24/2020 | Plaintiffs' Motion for Expedited Mediation - EFiled on 03/24/2020 1:04 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 17. | Motion | 03/25/2020 | Motion of Defendants, Nabors Drilling Technologies USA, Inc., Nabors Industries, Inc. - EFiled on 03/25/2020 1:18 PM. Submitted by: Michelle Haberland (mhaberland@gallowaylawfirm.com); Comments: //MOTION OF DEFENDANTS, NABORS DRILLING TECHNOLOGIES USA, INC., NABORS INDUSTRIES, INC. AND BRETT SCHELLENBERG, TO DISMISS AND COMPEL ARBITRATION |
| 18. | Order | 03/25/2020 | Order - EFiled on 03/25/2020 1:18 PM. Submitted by: Michelle Haberland (mhaberland@gallowaylawfirm.com); Comments: |
| 19. | Response | 03/25/2020 | Response and Objection of Defendants, Nabors Drilling Technologies USA, Inc. - EFiled on 03/25/2020 2:09 PM. Submitted by: Michelle Haberland (mhaberland@gallowaylawfirm.com); Comments: //RESPONSE AND OBJECTION OF DEFENDANTS, NABORS DRILLING TECHNOLOGIES USA, INC., NABORS INDUSTRIES, INC. AND BRETT SCHELLENBERG,TO PLAINTIFFS? MOTION FOR EXPEDITED MEDIATION |
| 20. | Order | 03/25/2020 | Order - EFiled on 03/25/2020 2:09 PM. Submitted by: Michelle Haberland (mhaberland@gallowaylawfirm.com); Comments: |
| 21. | Motion | 03/26/2020 | MOTION FOR DOCKET CONTROL CONFERENCE//Plaintiffs' Motion for Docket Control Conference - EFiled on 03/26/2020 10:58 AM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 22. | Order | 03/26/2020 | ORDER GRANTING PLAINTIFFS'S MOTION FOR EXPEDITED MEDIATION RETURNED UNSIGNED 03/26/2020//Proposed Order on Motion to Mediate - EFiled on 03/26/2020 11:20 AM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 23. | Motion | 03/26/2020 | PLAINTIFFS' REPLY TO DEFENDANTS NABORS INDUSTRIES, INC.'S NABORS DRILLING TECHNOLOGIES USA, INC.'S AND BRETT SCHELLENBERG'S MOTIN TO DISMISS AND COMPEL ARBITRATION AND PLAINTIFFS' MOTION TO COMPEL MEDIATION//Plaintiffs' Reply to MTD and MTC - EFiled on 03/26/2020 12:14 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 24. | Certificate | 04/07/2020 | PLAINTIFFS' CERTIFICATE OF WRITTEN DISCOVERY//CWD - EFiled on 04/07/2020 1:51 PM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 25. | Motion | 04/08/2020 | DEFENDANT'S REPLY TO PLAINTIFFS' "REPLY" TO MOTION TO |

| | | | |
|---|---|---|---|
| | Motion | 04/08/2020 | DISMISS AND COMPEL ARBITRATION |
| 26. | Answer/Contest/Response | 04/13/2020 | ORIGINAL ANSWER, VERIFIED DENIAL, AND AFFIRMATIVE DEFENSES OF DEFENDANT, NABORS INDUSTRIES, INC. TO PLAINTIFF'S FIRST AMENDED PETETION//Original Answer, Verified Denial, and Affirmative Defenses of Defendant, Nabors Industries - EFiled on 04/13/2020 2:43 PM. Submitted by: Michelle Haberland (mhaberland@gallowaylawfirm.com); Comments: |
| 27. | Petition | 04/13/2020 | DEFENDANTS NABORS DRILLING TECHNOLOGIES USA, INC.'S AND BRETT SCHELLENBERG'S ORIGINAL ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED PETITION//Defendants Nabors Drilling Technologies USA, Inc.'s and Brett Schellenberg's Original Answer - EFiled on 04/16/2020 9:49 AM. Submitted by: Michelle Haberland (mhaberland@gallowaylawfirm.com); Comments: |
| 28. | Petition | 04/14/2020 | Plaintiffs' Third Amended Petition - EFiled on 04/14/2020 3:48 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: PLEASE PREPARE CITATION FOR SERVICE ON JLG INDUSTRIES, INC.//(ACCEPTING COMMENTS:YOUR COMMENTS TO ISSUE A CITATION DID NOT SPECIFY HOW IT WILL BE EXECUTED THEREFORE; I WILL BE MAILING CITATION BACK TO YOUR OFFICE FOR SERVICE, THANK YOU, SANDRA) |
| 29. | Citation | 04/16/2020 | Citation-ISS FOR JLG INDUSTRIES INC/MAILED TO ATTY |
| 30. | Certificate | 04/16/2020 | PLAINTIFFS' CERTIFICATE OF WRITTEN DISCOVERY//CWD (Disc to H&E) - EFiled on 04/16/2020 3:03 PM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 31. | Petition | 04/16/2020 | Plaintiffs' Fourth Amended Petition With Request for Disclosures - EFiled on 04/16/2020 3:13 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 32. | Certificate | 04/17/2020 | PLAINTIFFS' CERTIFICATE OF WRITTEN DISCOVERY//CWD (Disc to Nabors Ind, Nabors Tech, Schellenberg) - EFiled on 04/17/2020 11:08 AM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 33. | Request | 04/20/2020 | REQUEST COPIES//Ltr to Jim Wells County - EFiled on 04/20/2020 12:46 PM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: |
| 34. | Return | 04/20/2020 | CITATION RETURN JLG INDUSRIES, INC BY SERVING ITS REGISTERED AGENT FOR SERVICE, CT CORPORATION SYSTEM WAS RETURNED EXECUTED ON 4/20/2020// 742 Return - EFiled on 04/24/2020 3:07 PM. Submitted by: KTA Process Service Department (Process_eFile@KTandA.com); Comments: |
| 35. | Motion | 04/22/2020 | DEFENDANT H&E EQUIPMENT SERVICES, INC.'S MOTION TO RELASE JLG FORKLIFT BACK TO SERVICE//H&E's Motion to Release JLG Forklift Back to Service - EFiled on 04/22/2020 3:08 PM. Submitted by: Lisa Fiorenza (lisafiorenza@mehaffyweber.com); Comments: |
| 36. | Order | 04/22/2020 | ORDER ON DEFENDANT'S MOTION TO RELEASE JLG FORKLIFT BACK TO SERVICE RETURNED UNSIGNED 04/24/2020//H&E's proposed ORDER on Defendant's Motion to Release JLG Forklift Back to Service - EFiled on 04/22/2020 3:08 PM. Submitted by: Lisa Fiorenza (lisafiorenza@mehaffyweber.com); Comments: |
| 37. | Request | 04/22/2020 | Request for Citation Form - Jim Wells County, Texas - EFiled on 04/22/2020 4:58 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 38. | Citation | 04/24/2020 | Citation-ISS TO NABORS DRILLING USA, INC/E-MAILED TO ATTY (ACCEPTANCE COMMENTS: AS PER MY CONVERSATION WITH YOUR OFFICE, I WILL E-MAIL CITATION TO tzepeda@tinninglaw.com, THANK YOU, SANDRA) |

| # | Type | Date | Description |
|---|------|------|-------------|
| 39. | Notice | 04/24/2020 | DEFENDANTS NABORS DRILLING TECHNOLOGIES USA,INC., NABORS INDUSTRIES, INC., AND BREATT SCHELLENBERG'S MOTION TO QUASH PLAINTIFFS' NOTICE OF INTENTION TO TAKE THE ORAL/VIDEOTAPED DEPOSITION OF JAVIER SAENZ SUBJECT TO DEFENDANTS'S PENDING MOTION TO DISMISS AND COMPEL ARBITRATION//12519854.PDF - EFiled on 04/24/2020 3:17 PM. Submitted by: Ellie Fredericksen (efredericksen@gallowaylawfirm.com); Comments: |
| 40. | Petition | 04/28/2020 | PLAINTIFFS' FIFTH AMENDED PETITION//Plaintiffs' Fifth Amended Petition 4-28-20 - EFiled on 04/28/2020 11:32 AM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 41. | Correspondence | 04/28/2020 | NOTICE OF SETTING MAY 27, 2020 |
| 42. | Return | 04/28/2020 | CITATION RETURN NABORS DRILLING USA,INC BY SERVING CT CORPORATION SYSTEM WAS RETURNED EXECUTED ON 4/28/2020// 783 Return - EFiled on 05/05/2020 1:03 PM. Submitted by: KTA Process Service Department (Process_eFile@KTandA.com); Comments: |
| 43. | Certificate | 05/06/2020 | CERTIFICATE OF WRITTEN DISCOVERY//H&E Equipment CWD as to their First Set of INTERR to Plaintiffs and RFP to Plaintiffs.PDF - EFiled on 05/06/2020 12:11 PM. Submitted by: Lisa Fiorenza (lisafiorenza@mehaffyweber.com); Comments: |
| 44. | Motion | 05/11/2020 | DEFENDANT JLG INDUSTRIES, INC.'S SPECIAL APPEARANCE//Special Appearance of JLG - verified.PDF - EFiled on 05/11/2020 4:56 PM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: |
| 45. | Order | 05/11/2020 | ORDER GRANTING SPECIAL APPEARANCE OF DEFENDANT JLG INDUSTRIES, INC. RETURNED UNSIGNED 05/12/2020//Prop. Order Grant. JLG's Special Appearance - EFiled on 05/11/2020 4:56 PM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: |
| 46. | Petition | 05/11/2020 | PLAINTIFFS' SIXTH AMENDED PETITION//Plaintiffs' Sixth Amended Petition 5-11-20 - EFiled on 05/11/2020 3:02 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 47. | Answer/Contest/Response | 05/12/2020 | DEFENDANT JLG INDUSTRIES, INC.'S ORIGINAL ANSWER //Answer of JLG - EFiled on 05/12/2020 3:53 PM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: |
| 48. | Petition | 05/15/2020 | PLAINTIFFS? SEVENTH AMENDED PETITION//Plaintiffs' Seventh Amended Petition 5-11-20 - EFiled on 05/15/2020 4:30 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 49. | Correspondence | 05/15/2020 | REQUEST FOR ISSUANCE//Request for Citation Form - Jim Wells County, Texas - EFiled on 05/15/2020 4:30 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 50. | Citation | 05/20/2020 | Citation-ISS TO AMERICAN ZURICH INS CO/E-MAILED TO ATTY AT tzepeda@tinninglaw.com -okay'd by Jimmy w/ atty's office |
| 51. | Citation | 05/20/2020 | Citation-ISS TO SEDGWICK CLAIMS MANAGEMENT SERVICE IN/E-MAILED TO ATTY AT tzepeda@tinninglaw.com -okay'd by Jimmy w/ atty's office |
| 52. | Return | 05/20/2020 | CITATION RETURN AMERICAN ZURICH INSURNCE COMPANY BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY WAS RETURNED EXECUTED ON 5/20/2020//916 Return - EFiled on 05/27/2020 11:33 AM. Submitted by: KTA Process Service Department (Process_eFile@KTandA.com); Comments: |
| 53. | Return | 05/20/2020 | CITATION RETURN SEDGWICK CLAIMS MANAGEMENT SERVICE, INC WAS RETURNED EXECUTED ON 5/20/2020//917 Return - EFiled on 06/09/2020 2:05 PM. Submitted by: KTA Process Service Department (Process_eFile@KTandA.com); Comments: |
| 54. | Correspondence | 05/27/2020 | LETTER FROM JUDGE RICHARD C. TERRELL TO ATTORNEY'S WILLIAM J. TINNING, BARBARA J. BARRON AND THOMAS J. |

|     |                        | 05/27/2020 | SMITH |
|-----|------------------------|------------|-------|
|     | Correspondence         |            |       |
| 55. | Certificate            | 05/29/2020 | CERTIFICATE OF WRITTEN DISCOVERY//Revilla Certificate of Written Discovery.PDF - EFiled on 05/29/2020 2:02 PM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 56. | Certificate            | 05/29/2020 | PLAINTIFFS? CERTIFICATE OF WRITTEN DISCOVERY//CWD (Disc to JLG) - EFiled on 05/29/2020 2:15 PM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 57. | Petition               | 06/01/2020 | PLAINTIFFS? EIGHTH AMENDED PETITION WITH REQUESTS FOR DISCLOSURES//Plaintiffs' Eighth Amended Petition 6-1-20 - EFiled on 06/01/2020 3:21 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 58. | Correspondence         | 06/01/2020 | REQUEST FOR ISSUANCE//Request for Citation Form - JLG Manufacturing, LLC - EFiled on 06/01/2020 3:21 PM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 59. | Other                  | 06/04/2020 | RULE 11 AGREEMENT// Rule 11 Agreement re H&E disc.060420 - EFiled on 06/04/2020 11:07 AM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 60. | Certificate            | 06/04/2020 | CERTIFICATE OF WRITTEN DISCOVERY//Revilla CWD Second RFP to Plaintiff.PDF - EFiled on 06/04/2020 2:16 PM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 61. | Correspondence         | 06/05/2020 | LETTER FROM MEHAFFY WEBER//Revilla Filing Ltr Agreed Order (1).PDF - EFiled on 06/05/2020 9:52 AM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 62. | Order                  | 06/08/2020 | ORDER ON DEFENDANT'S MOTION TO RELEASE JLG FORKLIFT BACK TO SERVICE SIGNED BY JUDGE RICHARD C. TERRELL 06/08/2020//Revilla Agreed Order (2).PDF - EFiled on 06/05/2020 9:52 AM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 63. | Citation               | 06/10/2020 | Citation-ISS TO JLG MANUFACTURING, LLC BY SERVING THRU SECRETARY OF STATE/E-MAILED TO gsilvamejias@tinninglaw.com as per Gloria at Mr. Tinning's office. |
| 64. | Certificate            | 06/15/2020 | CERTIFICATE OF WRITTEN DISCOVERY//Revilla CWD Supplemental Responses to All Parties RFD.PDF - EFiled on 06/15/2020 4:08 PM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 65. | Answer/Contest/Response | 06/16/2020 | DEFENDANT'S SPECIAL EXCEPTIONS AND ANSWER TO PLAINTIFF'S EIGHTH AMENDED PETITION//H&E Equipment's Special Exceptions and Answer to Eighth Amended Petition.PDF - EFiled on 06/16/2020 1:45 PM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 66. | Certificate            | 06/17/2020 | PLAINTIFFS' CERTIFICATE OF WRITTEN DISCOVERY//CWD.061720 - EFiled on 06/17/2020 9:59 AM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 67. | Correspondence         | 06/22/2020 | REFUSAL LETTER TO THE COURT//Refusal letter - EFiled on 06/22/2020 11:42 AM. Submitted by: Letitia Wilhelm (tish.wilhelm@tdi.texas.gov); Comments: |
| 68. | Return                 | 06/23/2020 | CITATION RETURN TEXAS SECRETARY OF STATE-CITATIONS UNIT TEXAS SECRETARY OF STATE, JAES E. RUDDER BUILDING WAS RETURNED EXECUTED ON 6/11/2020//Return of Service for JLG Manufacturing, LLC - EFiled on 06/23/2020 9:40 AM. Submitted by: KTA Process Service Department (Process_eFile@KTandA.com); Comments: |
| 69. | Request                | 06/25/2020 | REQUEST COPIES//6-25-2020 Ltr to Jim Wells requesting docs - EFiled on 06/25/2020 3:42 PM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: |
| 70. | Letter                 | 06/30/2020 | cwd .PDF - EFiled on 06/30/2020 12:26 PM. Submitted by: Deborah |

| | | | |
|---|---|---|---|
| | Letter | 06/30/2020 | Childress (DeborahChildress@MehaffyWeber.com); Comments: //LETTER-CERTIFICATE OF WRITTEN DISCOVERY |
| 71. | Certificate | 07/02/2020 | PLAINTIFFS? CERTIFICATE OF WRITTEN DISCOVERY//CWD (2nd supp to h&e rfd).070220 - EFiled on 07/02/2020 10:13 AM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 72. | Certificate | 07/02/2020 | PLAINTIFFS? CERTIFICATE OF WRITTEN DISCOVERY//CWD. 070220 - EFiled on 07/02/2020 3:19 PM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 73. | Letter | 07/10/2020 | LETTER FROM ATTORNEY CHANGE OF ADDRESS//Clerk - CHANGE ADDRESS.071020 - EFiled on 07/10/2020 9:47 AM. Submitted by: Terri Zepeda (tzepeda@tinninglaw.com); Comments: |
| 74. | Notice | 07/10/2020 | NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS//42115 notice - EFiled on 07/10/2020 10:56 AM. Submitted by: Nell McCallum (kristi@nellmc.com); Comments: |
| 75. | Certificate | 07/16/2020 | CERTIFICATE OF WRITTEN DISCOVERY//Revilla - Certificate of Written Discovery.PDF - EFiled on 07/16/2020 3:51 PM. Submitted by: Hollie Ross (hollieross@mehaffyweber.com); Comments: |
| 76. | Letter | 07/17/2020 | 7-17-2020 ltr to Jim Wells County requesting Docket Sheet - EFiled on 07/17/2020 10:45 AM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments://EMAILED EVENT LIST TO pgarza@sheehyware.com ON 7-20-2020-SG |
| 77. | Correspondence | 07/21/2020 | REQUESTING COPIES//Ltr to Jim Wells County requesting Doc. No. 67 - EFiled on 07/21/2020 1:33 PM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: |
| 78. | Motion | 07/24/2020 | PLAINTIFFS' NOTICE OF NONSUIT AS TO DEFENDANTS NABORS INDUSTRIES, INC.; NABORS DRILLING TECHNOLOGIES USA, INC.; BRETT SCHELLENBERG AND NABORS DRILLING, USA, INC., ONLY//Notice of Nonsuit as to Nabors Defendants only - EFiled on 07/24/2020 10:56 AM. Submitted by: William Tinning (btinning@tinninglaw.com); Comments: |
| 79. | Request | 07/28/2020 | 7-28-2020 Ltr to Jim Wells County requested docket sheet - EFiled on 07/28/2020 10:53 AM. Submitted by: Pat Garza (pgarza@sheehyware.com); Comments: //REQUEST FOR EVENTS SUMMARY SHEETS |