United States District Court
Southern District of Texas
**ENTERED**
May 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MELBA M REVILLA, *et al*, § § Plaintiffs, § VS. § H&E EQUIPMENT SERVICES, INC., *et al*, § § § § Defendants. § | CIVIL ACTION NO. 2:20-CV-194 |

## **ORDER**

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. They have further announced their intention to request dismissal of this action. D.E. 53. Therefore,

The parties are ORDERED to file with this Court, on or before **July 26, 2021**, appropriate dismissal documents disposing of this action. Should the parties fail to timely file such documents with this Court, they are ORDERED to appear before this Court on **July 28, 2021, at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further

ORDERED that all current settings are canceled and all pending motions are denied without prejudice as mooted by the settlement announced in this cause. The Clerk is ORDERED to terminate all settings and motions.

ORDERED this 13th day of May, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE