United States District Court
Southern District of Texas
**ENTERED**
June 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MELBA M REVILLA, *et al*, § § Plaintiffs, § VS. § H&E EQUIPMENT SERVICES, INC., *et al*, § § § Defendants. § | CIVIL ACTION NO. 2:20-CV-00194 |

# FINAL JUDGMENT

Pursuant to the parties' stipulated Motion for Dismissal with Prejudice (D.E. 56), the Court enters final judgment dismissing this action with prejudice, with each party to bear their own costs.

ORDERED this 4th day of June, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE